UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| PALMER, Mark Andrew | ) | CASE NO. 08-40264-reg-13 |
| 2573 Massasoit Lane | ) | |
| Lafayette, IN 47909 | ) | |
| PALMER, Desiree Ann | ) | |
| a/k/a Desiree Ludberg | ) | |
| 2573 Massasoit Lane | ) | |
| Lafayette, IN 47909 | ) | |
| Debtors | ) | |

**ORDER GRANTING RELIEF FROM STAY AND/OR ABANDONMENT**

U.S. Bank, N.A. 's ("Secured Creditor"), Motion For Relief From Stay and/or Abandonment

Because Plan Proposes to Surrender Property, having come before the Court,

And the Court having examined said Motion and being duly advised in the premises, and having

found that the Debtors herein have failed to make payments pursuant to the Chapter 13 Plan, being in

material default and failing to adequately protect U.S. Bank, N.A. 's interest, and having found that said

failure to make payments constitutes sufficient cause for relief from stay.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED,** by the Court that the

automatic stay be, and it hereby is, lifted as to U.S. Bank, N.A. , its successors and assigns, to allow

U.S. Bank, N.A. , its successors and assigns, to enforce its rights and remedies under applicable law,

including, without limitation, proceeding with a foreclosure action on the following described real estate

located in Tippecanoe County, Indiana:

**LOT NUMBER 50 IN BENJAMIN CROSSING PLANNED
DEVELOPMENT, SECTION 1, AN ADDITION TO WEA TOWNSHIP,
COUNTY OF TIPPECANOE, IN THE STATE OF INDIANA, AS PER PLAT
THEREOF, RECORDED MARCH 7, 2003, AS INSTRUMENT NO.
03009184, IN PLAT BOOK 11, PAGE 228, AMENDED BY AMENDED
PLAT RECORDED DECEMBER 22, 2003, AS INSTRUMENT NO.
03050137, IN PLAT BOOK 11, PAGE 239, AND CORRECTED BY
CORRECTIVE AMENDED FINAL PLAT, RECORDED FEBRUARY 23,**

2004, AS INSTRUMENT NO. 04004355, IN PLAT BOOK 11, PAGE 244, ALL IN THE OFFICE OF THE RECORDER OF TIPPECANOE COUNTY, INDIANA.

Commonly known as: **2573 Massasoit Lane, Lafayette, IN 47909**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that said real estate is abandoned from the bankruptcy estate.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that such Order shall bind Debtors in any conversion of the above-entitled bankruptcy proceeding, as to the interest of U.S. Bank, N.A. , its successors and assigns, in the above-described property.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the ten (10) day stay of the order imposed by Bankruptcy Rule 4001(a) (3) be waived

/s/ Robert E. Grant
JUDGE, UNITED STATES BANKRUPTCY COURT

DATED: October 23, 2009

DISTRIBUTION TO:
Stacy J. DeLee, 155 East Market Street, Suite 605, Indianapolis, IN 46204
Mark Andrew Palmer, 2573 Massasoit Lane, Lafayette, IN 47909
Desiree Ann Palmer, 2573 Massasoit Lane, Lafayette, IN 47909
Jerry L. Paeth, 309 North Fifth Street, Lafayette, IN 47901
David A. Rosenthal, 408 Main St., P. O. Box 505, Lafayette, IN 47902
U.S. Trustee, One Michiana Square, 5th Floor, 100 East Wayne St., South Bend, IN 46601